■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK FAULK, Appellant. [598 NYS2d 963] —Appeal by the defendant from an amended judgment of the County Court, Suffolk County (Namm, J.), rendered February 5, 1992.

Ordered that the amended judgment is affirmed (see, People

*v Pellegrino,* 60 NY2d 636). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.